UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon Michael A. Hammer |
| v. | : | Crim. No. 18-704 |
| FARAMARZ SHAHI SAVANDI and MOHAMMAD MEHDI SHAH MANSOURI | : | **UNSEALING ORDER** |

This matter having come before the Court on the application of the United States of America (Andrew Kogan, Assistant U.S. Attorney, appearing) for an order that the Indictment returned in the above-captioned matter be unsealed; and for good cause shown,

IT IS ON this 28th day of November, 2018,

ORDERED that the Indictment filed in the above-captioned matter is unsealed.

Hon. Michael A. Hammer
United States Magistrate Judge